IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** McKinley, Liziann

Printed: 4/1/08

Case Number: 04 B 38783
Judge: Hollis, Pamela S
Filed: 10/19/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Completed: February 29, 2008
Confirmed: January 10, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 46,450.44 |  |
| Secured: |  | 36,362.32 |
| Unsecured: |  | 3,909.92 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,219.40 |
| Trustee Fee: |  | 2,326.09 |
| Other Funds: |  | 1,632.71 |
| Totals: | 46,450.44 | 46,450.44 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Timothy K Liou | Administrative | 2,219.40 | 2,219.40 |
| 2. | Wells Fargo Fin Acceptance | Secured | 35,693.70 | 35,693.70 |
| 3. | Monterey Financial Services | Secured | 668.62 | 668.62 |
| 4. | Resurgent Capital Services | Unsecured | 142.97 | 1,429.65 |
| 5. | First Consumers National Bank | Unsecured | 178.61 | 1,786.13 |
| 6. | Monterey Financial Services | Unsecured | 26.11 | 261.10 |
| 7. | ECast Settlement Corp | Unsecured | 43.30 | 433.04 |
| 8. | Capital One | Unsecured |  | No Claim Filed |
| 9. | Credit Protection Association | Unsecured |  | No Claim Filed |
| 10. | Direct Tv | Unsecured |  | No Claim Filed |
| 11. | NCO Financial Systems | Unsecured |  | No Claim Filed |
| 12. | SBC | Unsecured |  | No Claim Filed |
| 13. | University Of Illinois Hospital | Unsecured |  | No Claim Filed |
| 14. | Shell Credit Card | Unsecured |  | No Claim Filed |
|  |  |  | $ 38,972.71 | $ 42,491.64 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 189.14 |
| 4% | 90.22 |
| 3% | 78.54 |
| 5.5% | 401.23 |
| 5% | 112.21 |
| 4.8% | 239.96 |
| 5.4% | 1,214.79 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:  McKinley, Liziann | Case Number:  04 B 38783 |
| | Judge:  Hollis, Pamela S |
| Printed:  4/1/08 | Filed:  10/19/04 |

_____
$ 2,326.09

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

